United States District Court
Southern District of Texas
**ENTERED**
August 11, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OLIVER SOLOMON, *et al*, | § § § | CIVIL ACTION NO. 4:17-cv-02952 |
| Plaintiffs, | § § § | |
| vs. | § § § § | JUDGE CHARLES ESKRIDGE |
| NATIONWIDE INVESTIGATIONS AND SECURITY INC and ALLEN HOLLIMON, | § § § § § § | |
| Defendants. | § | |

**FINAL JUDGMENT**

The Court issued its Opinion and Order Granting Summary Judgment on behalf of Plaintiffs as to all claims on June 29, 2022. Dkt 120. Plaintiffs were there ordered to file an advisory regarding what, if any, further procedure was necessary before a final judgment could be entered in this matter. Id at 6–7.

Plaintiffs advised that they have already proven damages via declarations filed with their motion for summary judgment. Dkt 121; see also Dkt 113 at 4–165. Those declarations show Plaintiffs are entitled to $535,389.19 in damages, $535,389.19 in liquidated damages, and $428,311.35 in attorney fees. See Dkt 113 at 4–165; see also 29 USC § 216(b); Dkt 78 at ¶¶ 8.9, 8.14, 10.1. Plaintiffs additionally request costs and post-judgment interest. Dkt 121; see also 28 USC § 1961(a); Dkt 78 at ¶¶ 8.9, 8.14, 10.1.4.

Defendants have made no contrary proposals or suggestions regarding the asserted damages. Nor have

they contested the reasonableness of the requested attorney fees.

It is therefore ORDERED that Defendant Nationwide Investigations and Security Inc and Defendant Allen Hollimon are jointly and severally liable to Plaintiffs for $1,070,778.38 in damages and $428,311.35 in attorney fees. Plaintiffs are additionally entitled to costs and post-judgment interest from the date of the entry of this final judgment.

This is a FINAL JUDGMENT.

Any pending motion is DENIED AS MOOT.

This case is CLOSED.

SO ORDERED.

Signed on August 11, 2022, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge